**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50012 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00329-GHK-1 |
| v. | |
| CESAR DANIEL ALVARADO CANAS, AKA Caesar Alvarado, AKA Cesar Daniel Alvarado, AKA Juan Martinez, AKA Cesar Daniel Novoa, AKA Cesar Daniel Alvarado Novoa, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted February 21, 2012 **

Before: FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cesar Daniel Alvarado Canas appeals his conviction by guilty plea and sentence for illegal reentry after deportation in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Canas' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Canas with the opportunity to file a pro se supplemental brief. The appellant has filed a pro se supplemental brief, and no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.